

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA            :      INFORMATION
         - v. -                     :      15 CRIM 486
DEVEN K. BLACK,                     :
                  Defendant.        :
                                    :
------------------------------------------------X
```

**ORIGINAL**

COUNT ONE

(Conspiracy to Commit Bank Fraud)

The United States Attorney charges:

1. From at least in or about July 2014 up to and including in or about January 2015, in the Southern District of New York and elsewhere, DEVEN K. BLACK, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1344.

2. It was a part and an object of the conspiracy that DEVEN K. BLACK, the defendant, and others known and unknown, would and did execute and attempt to execute a scheme and artifice to defraud financial institutions, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institutions, by means of false

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 7 2015

and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DEVEN K. BLACK,

                    Defendant.

INFORMATION

15 Cr. \_\_\_\_\_

(18 U.S.C. § 1349)

                    PREET BHARARA
          United States Attorney.

7/27/2015 Waiver of Indictment Filed.
                           Cote, USDJ